we adopt today. Accordingly, though we agree with the substance of the Superior Court's decision with respect to its interpretation of Rule 1405(A), we vacate the Order of the Superior Court and remand this case to the trial court for an evidentiary hearing and argument concerning Appellant's right to relief for untimely sentencing. Should Appellant successfully demonstrate that he has been prejudiced, he is entitled to a discharge. Otherwise, he is not entitled to relief.

Justice SAYLOR did not participate in the consideration or decision of this matter.

■

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Clyde Ronald LOUGHARD, Petitioner.**

Supreme Court of Pennsylvania.

March 16, 1999.

### *ORDER*

PER CURIAM:

**AND NOW**, this 16th day of March 1999, the petition for allowance of appeal is **GRANTED**, limited to the issue of whether 18 Pa.C.S.A. §7329, Prohibition of certain types of entertainment on bottle club premises, violates the First Amendment freedom of expression. The application to supplement the petition for allowance of appeal is also granted.

■

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Rose Marie BAILEY, Petitioner.**

Supreme Court of Pennsylvania.

March 16, 1999.

### *ORDER*

PER CURIAM:

**AND NOW**, this 16th day of March 1999, the petition for allowance of appeal is **GRANTED**, limited to the issue of whether 18 Pa.C.S.A. §7329, Prohibition of certain types of entertainment on bottle club premises, violates the First Amendment freedom of expression. The application to supplement the petition for allowance of appeal is also granted.